Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 5, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01268-CV

____________

 

KENTON FORD, INDIVIDUALLY AND D/B/A COMPETITIVE
OVERHEAD DOORS, Appellant

 

V.

 

DALLAS NATIONAL INSURANCE COMPANY, A TEXAS STOCK
INSURANCE COMPANY, F/K/A DALLAS NATIONAL INSURANCE COMPANY, Appellee

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2008-03872

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 13, 2010.  On April 27, 2011, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.